UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-5803-DMG (KSx) | Date | September 12, 2023 |
|---|---|---|---|
| Title | *Andrea Maria Grant v. Horace Junior Grant* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

On July 10, 2023, Defendant Horace Junior Grant filed a notice of removal of this action, originally filed in the Superior Court for the County of San Luis Obispo. [Doc. # 1.] Defendant has neither filed a copy of the summons and complaint in the state court action nor provided a basis for removal to this Court. *See* 28 U.S.C. § 1446(a) (requiring that a notice of removal include a short and plain statement of the grounds for removal, as well as a copy of all process, pleadings, and orders served upon the defendant in the action). Rather, Defendant attached to the notice of removal what appears to be a copy of an article discussing the Supreme Court's opinion in *Axon Enterprise, Inc. v. Federal Trade Commission*, 598 U.S. 175 (2023).

Without a copy of the complaint in the state court action, the Court is unable to ascertain whether subject matter jurisdiction exists over the action. Defendant has the burden of establishing federal jurisdiction. *See Hunter v. Philip Morris USA*, 582 F.3d 1039, 1042 (9th Cir. 2009). Moreover, the Court has an independent duty to ascertain its subject matter jurisdiction and may remand an action to state court *sua sponte* for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c).

Accordingly, Defendant is **ORDERED** to show cause by **October 10, 2023** why this action should not be remanded to state court for failure to establish the Court's subject matter jurisdiction. The Court defers ruling on the *in forma pauperis* application until and unless Defendant responds satisfactorily to this Order to Show Cause. Failure to timely comply with this Order will result in dismissal of this action without prejudice.

**IT IS SO ORDERED.**